**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Edmundo BOLIVAR–NEVAREZ, aka Raul Aurelio Medrano Torres aka Edmundo Nevarez Bolivar, Defendant—Appellant.**

No. 01–10312.

D.C. No. CR–00–01406–ACM.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 19, 2002.

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Edmundo Bolivar–Nevarez appeals the judgment of conviction and 63–month sentence imposed following his guilty plea to illegal reentry after deportation. His attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.